IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELAINE THOMPSON, INDIVIDUALLY AND                                    PLAINTIFF
AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF JOHNNY DALE THOMPSON, JR., DECEASED

V.                          NO. 4:11-CV-0379BSM

SALINE COUNTY SHERIFF PHIL MASK, INDIVIDUALLY AND
AS FORMER SHERIFF OF SALINE COUNTY, ARKANSAS;
SHERIFF BRUCE PENNINGTON, INDIVIDUALLY AND
AS SUCCESSOR AND CURRENT SHERIFF OF SALINE COUNTY, ARKANSAS;
HUGH GENTRY, INDIVIDUALLY AND AS JAIL ADMINISTRATOR
FOR ADULT DETENTION FOR SALINE COUNTY, ARKANSAS;
RAY PENNINGTON, INDIVIDUALLY AND AS SUCCESSOR
JAIL ADMINISTRATOR FOR ADULT DETENTION FOR
SALINE COUNTY, ARKANSAS;
TAMMY PENDERGRASS, INDIVIDUALLY AND AS CORPORAL FOR THE
SALINE COUNTY SHERIFF'S DEPARTMENT;
MIKE FROST, INDIVIDUALLY AND AS A LIEUTENANT FOR SALINE
COUNTY SHERIFF'S DEPARTMENT;
ED BUSH, INDIVIDUALLY AND AS SERGEANT FOR SALINE COUNTY
SHERIFF'S DEPARTMENT;
MORSTINE WILLOUGHBY, INDIVIDUALLY AND AS A
SERGEANT OF THE SALINE COUNTY SHERIFF'S DEPARTMENT;
ULENZEN C. KING, INDIVIDUALLY AND AS A FORMER
OFFICER FOR THE SALINE COUNTY DETENTION CENTER;
STEPHEN FURR, INDIVIDUALLY AND AS AN DEPUTY OF THE
SALINE COUNTY SHERIFF'S DEPARTMENT;
JAMES HALL, INDIVIDUALLY AND AS AN DEPUTY OF THE SALINE
COUNTY SHERIFF'S DEPARTMENT; and
SALINE COUNTY ARKANSAS
d/b/a/ SALINE COUNTY DETENTION CENTER                                 DEFENDANTS

## DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Come Defendants, and for their motion for summary judgment, state:

1. In this action, brought pursuant to the provisions of 42 U.S.C. § 1983, it is alleged that the Defendants violated the constitutional rights of Johnny Dale Thompson by causing his death.

2. No Defendant in this action engaged in conduct constituting deliberate indifference.

3. No Defendant engaged in conduct which proximately caused the death of Johnny Dale Thompson.

4. This action is barred by the doctrine of qualified immunity.

5. In support of this motion, the following exhibits are attached hereto:

    A.    Autopsy report for Johnny Dale Thompson
    B.    Selected pages of the deposition of Elaine Thompson
    C.    Affidavit of Ulenzen King
    D.    Affidavit of Phil Mask
    E.    Affidavit of Bruce Pennington
    F.    Affidavit of Hugh Gentry
    G.    Affidavit of Tammy Pendergrass
    H.    Affidavit of Mike Frost
    I.    Affidavit of Ed Bush
    J.    Affidavit of Stephen Furr
    K.    Affidavit of James Hall

WHEREFORE, Defendants pray that the Court enter summary judgment in their favor; and for all other proper relief.

    /s/ George D. Ellis
    GEORGE D. ELLIS (Ark. Bar No. 72035)
    Attorney for Defendants
    Ellis Law Firm, P.A.
    126 North Main Street, P.O. Box 2307
    Benton, Arkansas 72018
    (501) 315-1000 (telephone)
    (501) 315-4222 (fax)
    gellisinbenton@swbell.net

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

    /s/ George D. Ellis
    GEORGE D. ELLIS