# ARKANSAS STATE CRIME LABORATORY




Mike Beebe
Governor

## MEDICAL EXAMINER DIVISION

Kermit B. Channell II
Executive Director

| | | | |
|---|---|---|---|
| **Case No:** | ME-1178-08 | **Date of Examination:** | December 19, 2008 |
| **Name:** | THOMPSON, Johnny | | |
| **Age:** | 28 years | **Race:** White | **Sex:** Male |
| **County:** | Saline | | |

## CONCLUSIONS

**CAUSE OF DEATH:** Multiple Drug Intoxication.

**MANNER OF DEATH:** Accident.

_____    _____
Charles P. Kokes, M.D. – Chief Medical Examiner    Daniel J. Konzelmann, M.D. - Reviewer
Pathologist of Record                                Associate Medical Examiner

ORIGINAL COPY
DO NOT DUPLICATE

05-01-09/dec/ck

EXHIBIT  A

8 Page Report/Page 1

#3 Natural Resources Drive • P.O. Box 8500 • Little Rock, Arkansas 72215

Fax 501-227-0713
Phone 501-227-5747
Laboratory Services

Fax 501-221-1653
Phone 501-227-5936
Medical Examiner

NAME: THOMPSON, Johnny          DATE: 12-19-08          NO: ME-1178-08

## EXTERNAL DESCRIPTION:

The body was that of a well developed, well nourished, white male, clad only in a hospital-type gown. The body weighed 162 pounds, measured 73 inches in height, and appeared consistent with the stated age of 28 years. Body temperature was cold. Rigor mortis was fully and uniformly developed in the extremities. Fixed, purple-red lividity was present on posterior body surfaces, except in areas exposed to pressure. The scalp was covered by brown hair measuring 1/2 inch in maximum length. A short mustache and goatee beard were present. The irides were brown and the corneae were clear. The conjunctivae and sclerae showed no petechial hemorrhages or other significant changes. The external ears were unremarkable. The nasal passages and mouth were clear. The teeth were natural and in fair to poor condition. The upper incisors were all remotely absent, along with one of the lower medial incisors. There was no evidence of injury involving inner surfaces of the lips. The neck was without external evidence of antemortem injury. The chest was normally developed, generally symmetric, and showed no evidence of recent injury or abnormality. The abdomen was flat and showed no evidence of recent injury. The external genitalia were those of a normal circumcised adult male with bilaterally descended testes. The lower extremities were normally developed and generally symmetric. Recent injury involving the left lower leg will be described below. Located on the anterior right knee was a 3/8 inch diameter flesh colored nodule. A punctate blue tattoo mark was present on the distal medial right lower leg. The upper extremities were normally developed and generally symmetric. Lettered blue tattoos were present on the dorsal aspects of both forearms. A patterned blue tattoo was present on the ventral right forearm. No needle tracks or wrist scars were present. The upper arms, elbows, and forearms were without evidence of recent injury. Superficial injuries involving the hands will be described below. The nails were short and intact. Examination of posterior body surfaces did not reveal evidence of injury involving the back or buttocks. The anus was without evidence of injury or abnormality.

## EVIDENCE OF MEDICAL ATTENTION:

An endotracheal tube was inserted in the mouth. The tube was held in place with a fabric band, which extended around the posterior surface of the neck. The presence of this fabric band had left a band-shaped imprint of patterned lividity on the posterior neck. ECG pads were present on the anterior shoulders, the lower anterior right chest, and the mid anterior chest. Defibrillator pads were present on the upper anterior right chest and lower intralateral left chest. An intravenous line was inserted in the medial right antecubital fossa.

## EVIDENCE OF RECENT INJURY:

Located on the proximal anterior left lower leg was a 3/4 inch diameter purple-red contusion. Present on the mid anterior left lower leg was 7/8 inch diameter purple-red contusion, with a central 1/8 inch diameter red-brown abrasion. Located on the dorsal surface of the right thumb was a 1/8 inch diameter healing red-brown scab. Present on the dorsal surface of the left hand, over the second metacarpal-phalangeal joint, was a 3/8 inch diameter healing brown-red scab. Another 1/8 inch diameter healing scab was present on the distal dorsal left index finger.

NAME: THOMPSON, Johnny　　　DATE: 12-19-08　　　NO: ME-1178-08

Three small healing scabs, ranging from 1/16 inch to 1/8 inch in greatest diameter involved the mid dorsal surface of the left middle finger.

## INTERNAL EXAMINATION

The subcutaneous fat layer measured up to 1 inch. No adhesions or abnormal fluid collections were present in the body cavities. Petechial hemorrhages were not present on the thoracic organs. All body organs were present in normal anatomic position. The thymus was not grossly identified. There was no internal evidence of blunt force or penetrating injury to the thoracoabdominal region.

### CARDIOVASCULAR SYSTEM:

Pericardial surfaces were smooth and intact. The pericardial sac contained no free fluid, but surfaces were moist and without adhesions. The heart weighed 390 g and appeared generally normal in size, shape, and configuration. The coronary arteries arose normally, followed the usual course, and were widely patent. No significant degree of coronary artery atherosclerosis was present. The cardiac chambers were of normal size and endocardial surfaces appeared unremarkable. The cardiac valves were normal in size and morphology. Cut surfaces of the myocardium were uniform brown-red, and displayed no gross evidence of hemorrhage, fibrosis, pallor, or other pathologic changes. The atrial and ventricular septa were intact. The aorta and its major branches arose normally, followed the usual course, and were without significant atherosclerosis or other gross abnormalities. The vena cava and its major tributaries returned to the heart in the usual distribution and were free of abnormalities.

### RESPIRATORY SYSTEM:

Pleural surfaces of both lungs were smooth and intact. The pulmonary arteries were normally developed, patent, and without thrombus or embolus. The upper and lower airways were clear of debris and foreign material. Mucosal surfaces were smooth and of normal coloration. Hilar lymph nodes on the left side were unremarkable. A cluster of enlarged nodes were present in the right pulmonary hilum. At least four nodes were present in this area. They ranged from 1/2 inch to 1 1/4 inch in diameter. On cut surface, each displayed a thin, fibrotic periphery, any central area filled with semi-solid, gray-tan, soft material. The left lung weighed 830 g and the right lung 970 g. On cut surface, each displayed diffuse dark purple-red congestion, and watery to frothy edema. No focal lesions were present in either lung.

### NECK:

Examination of deep neck structures, including strap muscles, thyroid gland, and large vessels, revealed no abnormalities, including hemorrhage. The larynx and hyoid bone were intact. The epiglottis and vocal cords were unremarkable.

NAME: THOMPSON, Johnny                DATE: 12-19-08                NO: ME-1178-08

## ALIMENTARY TRACT:

The tongue was without hemorrhage or other abnormalities. The esophagus was lined by intact, gray-tan mucosa. The stomach contained 120 ml of dark brown-tan fluid and was lined by intact, gray-tan mucosa with normal rugal folds. No pill fragments were grossly identified in the stomach contents. Serosal surfaces of the small and large bowel were intact and unremarkable. The rectum and anus were without evidence of injury or abnormality. The appendix was present.

## LIVER AND BILIARY SYSTEM:

The liver weighed 2470 g and was covered by an intact capsule. Cut surfaces were uniform brown-red, normally firm, and without focal changes. The gallbladder contained 40 ml of yellow-brown, mucoid bile and was lined by intact, velvety mucosa. The extrahepatic biliary tree was patent. Periportal lymph nodes were nonprominent.

## PANCREAS:

The pancreas weighed 220 g and displayed its usual lobulated gray-tan appearance both externally and on cut surface. The pancreatic ducts were patent. Peripancreatic lymph nodes were nonprominent.

## GENITOURINARY SYSTEM:

The left kidney weighed 190 g and the right kidney 170 g. The capsules stripped easily from both kidneys, revealing smooth, brown-red cortical surfaces. Cut surfaces revealed brown-red cortex of normal thickness. There was good corticomedullary demarcation present. The calyces, pelves and ureters were unremarkable. The urinary bladder contained 500 ml of pale yellow urine and was lined by intact, gray-tan mucosa. The prostate and testes appeared unremarkable on cut surface.

## RETICULOENDOTHELIAL SYSTEM:

The spleen weighed 380 g and was covered by an intact capsule. Cut surfaces were uniform dark purple-red, normally firm, and without focal changes. The white pulp was nonprominent.

## ENDOCRINE SYSTEM:

The pituitary, thyroid, and adrenal glands were free of obvious disease.

NAME: THOMPSON, Johnny            DATE: 12-19-08            NO: ME-1178-08

## MUSCULOSKELETAL SYSTEM:

Skeletal muscle generally displayed uniform pale red-tan coloration, with no focal changes present. No gross bone or joint abnormalities were present. The cervical, thoracic and lumbar spine were free of hemorrhage and other abnormalities.

## CENTRAL NERVOUS SYSTEM:

The scalp was free of hemorrhage and edema. The calvarium and basilar skull were intact. There was no epidural, subdural, or subarachnoid hemorrhage present. The brain weighed 1410 g. The leptomeninges were thin and clear. Examination of the cerebral surfaces did not reveal any gross abnormalities involving the cerebral cortex. Structures at the base of the brain, including cranial nerves and major blood vessels, were intact and unremarkable. Serial coronal sections of the cerebral hemispheres revealed symmetry between anatomic structures of the left and right sides, with no focal changes present. Cut surfaces of the brain stem and cerebellum were unremarkable.

## HISTOLOGY:

Multiple sections of brain were without significant pathologic changes. Multiple lung sections were reviewed. All showed some degree of vascular congestion. All of the lung sections showed increased numbers of macrophages within the alveoli. In some areas, the numbers of alveolar macrophages were relatively small, while in other areas, the alveoli were essentially filled with these cells. The cytoplasm of these macrophages typically displayed some degree of brown or brown-yellow coloration. Occasional macrophages showed yellow-brown coloration with a more granular appearance. Minimally and focally increased numbers of mononuclear inflammatory cells were sometimes noted adjacent to airways. The sections did not show evidence of active bronchitis or pneumonitis. Heart sections showed minimal, focal fiber hypertrophy, along with a few scattered areas of mild, healed interstitial fibrosis. Occasional arterioles appeared slightly narrowed. The heart sections did not show evidence of necrosis, hemorrhage, or inflammation. Sections of liver, spleen, pancreas, and kidneys were all without significant pathologic changes.

**NAME:** THOMPSON, Johnny             **DATE:** 12-19-08             **NO:** ME-1178-08

---

## LABORATORY RESULTS

TOXICOLOGY:

| | | | |
|---|---|---|---|
| Peripheral blood | *Volatiles Assay* | Acetone | not detected |
| | | Ethanol | not detected |
| | | Isopropanol | not detected |
| | | Methanol | not detected |
| | | | |
| | *General Toxicology* | Dihydrocodeine | <0.05 µg/mL |
| | | Meprobamate | <5.0 µg/mL |
| | | Atropine | present |
| | | Acetaminophen | present |
| | | Hydrocodone | 0.32 µg/mL |
| | | Methadone | 0.15 µg/mL |
| | | Alprazolam | 0.07 µg/mL |
| | | | |
| Urine | *Immunoassay* | Amphetamines | Negative |
| | | Barbiturates | Negative |
| | | Benzodiazepines | Positive |
| | | Cannabinoids | Negative |
| | | Cocaine metabolite | Negative |
| | | Opiates | Positive |
| | | PCP | Negative |

NAME: THOMPSON, Johnny            DATE: 12-19-08            NO: ME-1178-08

## FINDINGS

I.  Bilateral pulmonary congestion and edema.

II. Enlarged right hilar lymph nodes.

III. Seizure disorder.

**OPINION:**

This 28-year-old adult white male, Johnny D. Thompson, died of multiple drug intoxication.

According to investigation, at around 6:30 PM, on December 18, 2008, he was stopped by law enforcement officials in Saline County, for not having tail lights on his vehicle. He was subsequently jailed because he had outstanding warrants. He did have an empty medication container on his person at the time of his arrest. The prescription was for alprazolam (a sedative drug in the Benzodiazepine family). He told one of the officers that he had taken some Dilantin (seizure medication). He was last known alive in the jail at around 7:40 PM. Just before 9:00 PM, he was found lying unresponsive on his cell bunk. He was without pulse or respiration. Medical aid was summoned and he was transported to a nearby hospital. Death was pronounced there at 9:30 PM.

Autopsy examination did not show evidence of significant external injury. There were a few scattered superficial injuries present on the extremities. No evidence of any internal injury was present. Internal examination did not show gross evidence of life-threatening natural disease. Non-specific vascular congestion and edema were present in the lungs. Enlarged lymph nodes were noted in the hilar region of the right lung. No gross evidence of significant cardiac disease was present. Microscopic tissue examination did not show evidence of life-threatening natural disease. Toxicology testing revealed a number of drugs in his system. Hydrocodone (a narcotic) was present in blood at a level which could be considered elevated to toxic in and of itself. Dihydrocodeine (a metabolite of hydrocodone) was present in blood at a low level. Also present in blood were methadone (another narcotic), and alprazolam. Both of these two latter substances were individually present at levels within the therapeutic range. A low level of meprobamate (sedative) was detected in blood. Also present were atropine (a drug administered during resuscitation), and acetaminophen (pain reliever). The urine drug screen was positive for benzodiazepines (reflecting the presence of alprazolam) and opiates (reflecting the presence of hydrocodone and methadone). Alcohol was not present in his system.

In light of the autopsy findings, toxicology test results, and investigation, it is most likely death was caused by multiple drug intoxication. Methadone, hydrocodone, alprazolam, and meprobamate are all central nervous system depressants. When taken in combination, these medications can produce profound unconsciousness, suppression of normal respiratory drive, and death. A combination of central nervous system depressants is even more dangerous when one

NAME: THOMPSON, Johnny          DATE: 12-19-08          NO: ME-1178-08

---

or more of the drugs in present at an elevated or toxic level. Alcohol was not present in his system. Dilantin was not present.

The manner of death in this case was most likely accident. There is no information from the investigation which indicates he intended to harm himself. The observed medication levels do not necessarily suggest intentional overdose. It may be that Mr. Thompson mistakenly took one of the medications by mistake, thinking it was Dilantin. For these reasons, the manner will be classified as accident.

**MANNER OF DEATH:**     Accident.

NAME: THOMPSON, Johnny          DATE: 12-19-08          NO: ME-1178-08