```
         IN UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF ARKANSAS
                  EASTERN DIVISION

ELAINE THOMPSON, Individually and
as personal representative of the estate
of JOHNNY DALE THOMPSON, JR., deceased        PLAINTIFF

             Vs.            Case No:  4:11-CV-0379BSM

SALINE COUNTY SHERIFF PHIL MASK, Individually
and as former sheriff of Saline County, Arkansas;
SHERIFF BRUCE PENNINGTON, Individually and as
successor and current sheriff of Saline County,
Arkansas; HUGH GENTRY, Individually and as jail
administrator for Adult Detention for Saline
County, Arkansas; RAY PENNINGTON, Individually
and as successor jail administrator for
Adult Detention of Saline County, Arkansas;
TAMMY PENDERGRASS, Individually and as corporal
for the Saline County Sheriff's Department;
MIKE FROST, Individually and as a lieutenant for
Saline County Sheriff's department; ED BUSH,
Individually and as sergeant for Saline
County Sheriff's Department; MORSTINE WILLOUGHBY,
Individually and as a sergeant of the Saline County
Sheriff's Department; ULENZEN C. KING, Individually
and as a former office for the Saline County
Detention Center; STEPHEN FURR, Individually
and as a deputy of the Saline County Sheriff's
Department; JAMES HALL, Individually and as a
deputy of the Saline County Sheriff's Department;
and SALINE COUNTY, ARKANSAS d/b/a SALINE COUNTY
DETENTION CENTER                              DEFENDANTS

_____

           ORAL DEPOSITION OF ELAINE THOMPSON

              Date:  December 7, 2011

_____



                EXHIBIT  B

                                                    COPY
```

Valarie D. Flora, CCR, RPR
501.343.5142

```
 1                    A P P E A R A N C E S

 2   ON BEHALF OF THE PLAINTIFF:

 3         RANDY SATTERFIELD
           Attorney at Law
 4         721 West Second Street
           Little Rock, Arkansas 72201
 5
     ON BEHALF OF THE DEFENDANT:
 6
           GEORGE ELLIS
 7         Attorney at Law
           126 North Main Street
 8         Benton, Arkansas 72015

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1  A.    Yes, sir.
 2  Q.    Did he go over it with you?  Did you read it?
 3  A.    Yes, sir.
 4  Q.    Did you understand it?
 5  A.    Yes, sir.
 6  Q.    Okay. I'm going to go down these -- I think I got
 7  all of them listed here.  I'm going to ask you what you
 8  understand any of these people to have done something that
 9  caused the death of your son, done -- something done wrong
10  to cause the death of your son.  Okay?
11        Let's start with Phillip Mask.  What do you
12  understand his involvement in this matter is with respect
13  to causing the death of your son?
14  A.    He was in charge of the detention center, responsible
15  for the people working there.
16  Q.    With what?  I didn't hear you.
17  A.    Responsible for the people that worked there, the
18  deputies, had the final say in what went on.
19  Q.    Anything else?
20  A.    (Witness shakes head).
21  Q.    Bruce Pennington.  To help you, he's the present
22  sheriff.
23  A.    Oh, okay. He took over and had to investigate what
24  was going on, the -- where -- what the -- where the
25  detention center was lacking in coverage for medical help.
```

1  Q.   What did he do -- what did Bruce Pennington do wrong
2  that caused the death of your son, if you know?
3  A.   I'm thinking he took over responsibility for the
4  actions of the detention center.
5  Q.   Do you know when he became sheriff, when he was sworn
6  in, do you remember?
7  A.   No, sir.
8  Q.   But at some point, he was Mr. Mask's successor.  Is
9  that correct?
10 A.   Yes, sir.
11 Q.   You don't know of anything specifically that he did,
12 as we sit here today, wrong that caused the death of your
13 son?
14         MR. SATTERFIELD:  I tell you, I'm going to
15     object.  You can answer that from your memory, but
16     think in fairness I need to get a copy of the
17     complaint that she --
18         MR. ELLIS:  Sure, sure.  Let's do that.
19         MR. SATTERFIELD:  Just a second here.  Let me
20     go get you a paper copy.  That might be better.  I
21     think we're going down the complaint basically is
22     what you're asking about, isn't it?
23         MR. ELLIS:  I just want to know -- I want to
24     know what she's got on her mind with regard to each
25     of these defendants.  I can read the complaint.  I

                mean, if she's just going to read back to me what's
                in the complaint, I don't want to know that.  I just
                want to know what she remembers.
                        MR. SATTERFIELD:  Do you have any personal
                knowledge against -- I'm -- I can't answer the
                question.  Go ahead, Bucky.
BY MR. ELLIS:
Q.      Do you know what anything specifically that
Mr. Pennington, Bruce Pennington, did that caused the
death of your son?
A.      No, sir.
Q.      Okay.  Let's -- same question, you've got a defendant
in here called, Defendant Saline County.  Do you know what
Defendant Saline County, how they're involved in this
case?
A.      No, sir.
Q.      All right.  How about Hugh Gentry, there's a -- I'll
help you.  He was the jail administrator at the time.
What did he do wrong that caused the death of your son, if
anything; do you know?
A.      No, sir.
Q.      Okay.  There's a Ray Pennington.  Same answer for Ray
Pennington?  He's not related to Bruce Pennington.  I've
always accused them of being related, but they deny it
both.

```
 1         Anything on Ray Pennington that you -- from your
 2   memory?  And that's okay if you don't remember.
 3   A.   No, sir.
 4   Q.   Okay.  There is a Tammy Pendergrass in the lawsuit.
 5   Do you know anything that she did wrong that caused the
 6   death of your son?
 7   A.   No, sir.
 8   Q.   How about a lieutenant Mike Frost?  He's a lieutenant
 9   with the CID, criminal investigation division.  Do you
10   remember him?
11   A.   No, sir.
12   Q.   There is a Sergeant Ed Bush.  Does that name ring a
13   bell with you?
14   A.   No, sir.
15   Q.   There is a Sergeant Morstine Willoughby.
16             MR. ELLIS:  Did you ever get her served?
17             MR. SATTERFIELD:  No.
18             MR. ELLIS:  We can't find her.
19             MR. SATTERFIELD:  Well, she's going to be
20        dismissed because she is a State Police employee.
21             MR. ELLIS:  Okay.  That's why we can't find
22        her.
23             MR. SATTERFIELD:  But she appeared in the
24        records of the State Police death investigation and
25        we got a little confused I think about whether she
```

1   worked at the jail, but she works at the records
2   department at the Arkansas State Police headquarters.
3   She's not a proper party.
4           MR. ELLIS:  That explains that.
5   BY MR. ELLIS:
6   Q.  There is a Ulenzen, U-l-e-n-z-e-n, C. King, K-i-n-g.
7   Do you know about Mr. King?
8   A.  He was the booking officer.
9   Q.  Do you know of anything he did wrong that caused the
10  death of your son?
11  A.  He didn't get him medical attention.
12  Q.  Okay.  Anything else?
13  A.  No, sir.
14  Q.  Do you know what the -- I'm going to ask you about
15  the circumstances in a minute.
16      There is a James Hall.  Does that name ring a bell to
17  you?
18  A.  No, sir.
19  Q.  There's finally a Stephen Furr, F-u-r-r.
20  A.  No, sir.
21  Q.  So you've identified Mr. Mask and Bruce Pennington
22  and Mr. King.  Is that correct?
23  A.  Yes, sir.
24  Q.  How many times -- this is a little bit painful to
25  have to ask, but I'm going to have to ask you some