## AFFIDAVIT OF ULENZEN KING

Ulenzen King, having been sworn, deposes and states:

My name is Ulenzen King. On December 18, 2008, I was a jailer working at the Saline County Detention Facility. December 18, 2008, is the date on which Johnny Dale Thompson died, apparently as a result of an overdose of medication.

That same night, I was asked by my superiors to prepare a statement of what I recalled happening. It is attached hereto as Exhibit C-1 and incorporated herein as if set out word for word.

In addition to the information contained in my statement, I should point out the following: During the booking process (7:25 p.m.), I asked Johnny Dale Thompson all of the pertinent medical questions on the Booking Sheet and Booking Medical Sheet. Those documents are attached hereto as Exhibits C-2 and C-3.

I concluded that Thompson was intoxicated. In fact, he was unable to sign the Booking Sheet because of his intoxication, and I wrote, Too Intox to Sign."

On the Booking Medical Sheet, he was able to answer all of the questions posed to him. In the first section, I noted that he appeared to be under the influence of drugs or alcohol. In the second section, he told me that he suffered from seizures, and I marked that question (k) with a Y for yes. This is consistent with his telling me that he had taken Dilantin.

He was returned to his holding cell at 7:42 p.m., and when the Bauxite officer and I re-

EXHIBIT __C__

entered the cell at 9:09 p.m., he was lying still and appeared to be asleep. When we checked him, he was cold to the touch and not breathing. I immediately notified my superiors. The MEDTRAN arrived at 9:19 p.m., and left with the body at 9:31 p.m.

While Thompson was in my presence on December 18, 2008, he never asked for medical help or said he was feeling bad. Had he done so, I would have obtained medical help for him.

Executed this 20th day of April, 2012.

ULENZEN KING

STATE OF ARKANSAS )
                  ) SS.
COUNTY OF SALINE  )

Subscribed and sworn to before me on this 20th day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

NOTARY PUBLIC

2

# INCIDENT REPORT

To: Lt Gentry/ Sgt. Reed  
From: Officer U. King

Date: 12/18/08  
Re: Johnny Thompson

    At approximately 1940 inmate J. Thompson was being booked for FTA X's 4 out of Saline Co. He also had a warrant out of Bauxite that needed to be served by a Bauxite officer. During booking inmate J. Thompson asked if he could sit down. That's when I, Officer King, gave inmate J. Thompson a chair. He sat down and began leaning forward in the chair as if he was going to fall, but never hit the floor. We got to the Medical questions part of the booking process and that's when the inmate stated that he had taken some Dilanton pills. I kept asking inmate J. Thompson how many pills did he take, but he never said. We finally got through the booking process. Inmate J. Thompson couldn't sign any of his paperwork because he appeared to be too intoxicated on pills (dialantin) to sign. It was noted on his paperwork. See inmate file for further info. At that point, inmate J. Thompson was given a blanket and he later appeared to be sleeping. At approximately 2050 Bauxite officer Turner and myself walked into holding cell # 1 to serve the warrant on inmate J. Thompson. I observed inmate J. Thompson to appear to be sleeping, lying on his right side with his head resting on left arm. Officer Turner and myself called his name several times and Officer Turner even tried shaking inmate J. Thompson but there wasn't a response. At that point, Officer Turner put his finger under his nose to see if inmate J. Thompson was breathing. But he couldn't feel anything. Officer Turner asked myself to get assistance. At that point, I called out for Dep. Furr, Dep. Hall and Sgt. Bush and they came into holding cell #1. Cpl. Pendergrass was notified and the ambulance was called. No further incident occurred.

EXHIBIT C-1

Officer U. King #830

# SALINE COUNTY DETENTION FACILITY

Booking Sheet: 0812MM310

Page: 1

ID #: 2001081598
Name: THOMPSON, JOHNNY DALE JR
Address: ███████

Phone(Home/Business): (501) 909-9461   (501) 455-1044

| | | |
|---|---|---|
| DOB: ███ | Age: 28 YRS | Height: 6-2 |
| Race: W | Sex: M | Weight: 150 |
| Eyes: GREEN | Ethnicity: U | Appearance: RAGGD |
| Hair: BROWN | Resident: R | Build: THIN |
| Scars/Marks/Tattoos: TATTO | Complexion: MED | Birth Place: LITTLE ROCK   AR |
| Employer: UNEMPLOYED | FBI ID: ███ | IdentA: |
| SSN: ███ | DL No.: ███ | AR   State ID: ███   AR |

Booking Date: 12/18/08  Time: 19:21           Transfer(Y/N)? N         Facility: SCDF
Arrest Date: 12/18/08  Time: 18:30            Booking Officer: 2003080772   KING, ULENZEN
Arresting Agency: SCSO                        Cell Assignment: POD-C
Officer: 2018115515  FURR, STEVEN             Status: GP        Class: C
Location: MULBERRY/SALEM CONGO RD             Hold Reason: A    Court Date: 12/19/08
          BENTON                    AR        Holding For: SHERWOOD
Searched By: KING          Phone Call:        Sentence Date:    / /
   CLOTHING: Y     NCIC: Y                    Scheduled Release:   / /   10:00
   METAL:          WARRANT:                   Probation Off./Atty.:
   PAT: Y          PRINTS: Y                  Bondsman:
   STRIP:          PHOTO: Y
   CAVITY:                                    Drug Screen:

Cash:    $0.00  Vehicle Information:
Vehicle Location:
Property Description:                         Property Location: PROP.RM.
ONE CITATION #080698
ONE BLACK HAT
ONE BLACK WALLET CONT MISC ITEMS
ONE PACK OF CIGS.
TWO CIG LIGHTERS
CANDY AND GUM

### OFFENSES

| Seq.No. | Code: Incident Number | Description: Warrant Number | Court Fel/Misd | Bond Amt: Fine Amount | Bond Type: |
|---|---|---|---|---|---|
| 1 | 282 | FAIL TO APPEAR ON MISDEMEANOR WS-2008-2612 | DCS M | 2,080.00 0.00 | S |
| Notes: | FTA X'S 4, HIT AND RUN, PROPERTY DAMAGE ONLY, ORI CHARGE DOMETIC BATT. 3RD | | | | |

Bond Total:   $2,080.00

I HAVE READ THE ABOVE ACCOUNTING OF MY PROPERTY, MONEY AND VALUABLES AND FIND IT TO BE ACCURATE. I ALSO UNDERSTAND MY PHONE CONVERSATIONS WILL BE MONITORED FOR SECURITY REASONS.

Inmate's Signature  _Too Intox to Sign_   Witness _____

Booking Officer  _[signature] King 830_   Date _12-18-08_   Time _1940_

EXHIBIT _C-2_

38

# SALINE COUNTY DETENTION FACILITY

Booking Medical Sheet:   0812MM310
12/18/08   19:21

ID #: 2001081598   Name: THOMPSON, JOHNNY DALE JR
Address: ▓▓▓▓▓▓▓▓▓
▓▓▓▓▓▓▓720150000

DOB: ▓▓▓▓   Race: W   Height: 6-2   Eyes: GREEN   Home Phone
Age: 28 YRS   Sex: M   Weight: 150   Hair: BROWN   ▓▓▓▓▓▓
Soc. Sec. No.: ▓▓▓▓▓▓



| Yes/No | VISUAL ASSESSMENT |
|---|---|
| N | 1. Is inmate unconscious? |
| N | 2. Does inmate have any visible signs of trauma, illness, obvious pain or bleeding, requiring immediate medical attention? |
| N | 3. Is there obvious fever, swollen lymph nodes, jaundice or other evidence of infection that may be contagious? |
| N | 4. Any signs of poor skin condition, vermin, rashes or needle marks? |
| Y | 5. Does inmate appear to be under the influence of drugs or alcohol? |
| N | 6. Any visible signs of alcohol or drug withdrawal? |
| N | 7. Does inmate's behavior suggest the risk of suicide or assault? |
| N | 8. Is inmate carrying medication? |
| N | 9. Does the inmate have any physical deformities? |
| N | 10. Does inmate appear to have psychiatric problems? |

Yes/No   MEDICAL QUESTION

11. Do you have or have you ever had any of the following:

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Y | a) allergies | N | e) epilepsy | N | i) high blood pressure | N | m) ulcers |
| Y | b) arthritis | Y | f) fainting spells | N | j) psychiatric disorder | N | n) venerial disease |
| N | c) asthma | N | g) heart condition | Y | k) seizures | N | o) other(specify) |
| N | d) diabetes | N | h) hepatitis | N | l) tuberculosis | | |

12. Females only:
a) Are you pregnant?   b) Do you take birth control pills?   c) Have you recently delivered?

| N | 13. Have you recently been hospitalized or treated by a doctor? |
|---|---|
| N | 14. Do you currently take any medication prescribed by a doctor? |
| N | 15. Are you allergic to any medication? |
| N | 16. Do you have any handicaps or conditions that limit activity? |
| N | 17. Have you ever attempted suicide or are you thinking about it now? |
| N | 18. Do you regularly use alcohol or street drugs? |
| N | 19. Do you have any problems when you stop drinking or using drugs? |
| N | 20. Do you have a special diet prescribed by a doctor? |
| N | 21. Do you have any problems or pain with your teeth? |
| N | 22. Do you have any other medical problems we should know about? |

Medical Insurance: NONE   Doctor: NONE
Emergency Contact: ROSIE THOMPSON   Relationship: STEPMOTHER
Address: 76 CROOKED CREEK RD
City: CONWAY   State: AR Zip: 0   Phone: 5016971591

EXHIBIT C-3

## SALINE COUNTY DETENTION FACILITY

**Booking Medical Sheet:** 0812MM310

**12/18/08     19:21**

---

### EXPLANATIONS (REFER TO QUESTION NUMBER)

**Q5:DILANTIN**
**Q11A:SEASONAL**
**Q11B:IN RT WRIST AND LT KNEE**
**Q11F:SEIZURES**
**Q11K:DONT KNOW**

---

I CERTIFY THAT I HAVE TRUTHFULLY ANSWERED THESE QUESTIONS ABOUT MY HEALTH.

**Inmate's signature** _Too intox. to Sign_     **Witness** _____

**Attending Officer** _[signature] 830_     **Date** _12-18-08_     **Time** _1940_