## AFFIDAVIT OF PHIL MASK

Phil Mask, having been sworn, states:

My name is Phil Mask. At the time of the death of Johnny Dale Thompson, December 18, 2008, I was still Sheriff of Saline County, but had moved out of the office building which houses my office so that the incoming Sheriff, Bruce Pennington, could move in. The last time I was in the Sheriff's Department was December 15, 2008. The staff had given me a going away party.

My first knowledge of the death of Johnny Dale Thompson was when I was served with a Summons and Complaint in this case. Since that time, I have had reason to become familiar with the facts of this case. The records of the Sheriff's Department contain the Chief Deputy's request for a State Police Investigation dated December 19, 2008. The records also include the summary of the interview of Cindy A. Scott and Christopher R. Scott which was conducted by Special Agent Shannon M. Fontenot. Those documents are attached hereto and marked Exhibits D-1 and D-2 respectively. I was a custodian of those records.

I am familiar with the details of the events of December 18, 2008, leading up to the death of Johnny Dale Thompson. I made inquiry when I was served. I am familiar with the doctrine of deliberate indifference. I have attended schools and seminars on that issue. In my opinion, none of the Defendants in this matter engaged in deliberate indifference, nor did their conduct cause the death of Johnny Dale Thompson. The autopsy reflects that the death was accidental due to an overdose of medication, and I concur with the medical examiner in that regard.

EXHIBIT D

Executed on this 23rd day of April, 2012.

_____
PHIL MASK

STATE OF ARKANSAS  )
                   )SS.
COUNTY OF SALINE   )

Subscribed and sworn to before me, a Notary Public, on this 23rd day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

_____
NOTARY PUBLIC

2




# Saline County Sheriff's Office
## PHIL MASK-*Sheriff*

736 S. Neeley St. • Benton, Arkansas 72015
*Business Office:* (501) 303-5609 • *Dispatch:* (501) 303-6642
*Fax:* (501) 303-5747

**PHIL MASK**
*Sheriff*

**BILL FIELD**
*Chief Deputy*

December 19, 2008

Captain Henry Lamar
#1 State Police Plaza
Little Rock, AR 72209

Dear Sir;

I am requesting a State Police Investigation into the death of an inmate, Johnny Thompson. Mr. Thompson was transported from the Saline County Jail to Saline Memorial Hospital on December 18th and was pronounced dead at the hospital. Your assistance in this matter would be greatly appreciated. Thanking you in advance.

Sincerely,

Chief Bill Field
Saline County

EXHIBIT D-1

## ARKANSAS STATE POLICE

ASP-3 (Rev. 09/00)

### Criminal Investigation Division
### Case Form

| | |
|---|---|
| Date: | DECEMBER 19, 2008 |
| Dictated by: | S/A SHANNON M. FONTENOT #51 |
| Date Typed: | DECEMBER 29, 2008 **Proofed SW** |
| Copies to: | SHANNON FONTENOT |

### INTERVIEW OF WITNESS

CINDY A. SCOTT
W/F DOB: ████
413 Ballard Drive
Benton, Arkansas 72019
Cell Phone: ████

CHRISTOPHER R. SCOTT
W/M DOB: ████
413 Ballard Drive
Benton, Arkansas 72019

On the date listed above I interviewed CHRIS and CINDY SCOTT at their residence, 413 Ballard Drive in Benton at 4:40PM. An audio recording was taken of the interview and will be made a part of this file. ASP-6Bs were completed for CHRIS and CINDY and will be attached and made a part of this file. The following is a summary of the interview:

CINDY stated her and CHRIS were the parents of JOHNNY THOMPSON'S deceased wife BRANDY THOMPSON. She stated BRANDY and JOHNNY used to get high on pills whenever BRANDY and JOHNNY used to live with them. CHRIS stated he used to have to hide his medications because he thought JOHNNY was taking them. CINDY stated she knew JOHNNY had gotten high on some pills earlier in the week. She stated JOHNNY told her the pills made him feel normal. I asked her what type of pills did he take and she stated Xanex. She stated JOHNNY was "messed up" on the pills on Wednesday December 17th.

CHRIS stated that JOHNNY had abused different types of prescription medications such as Xanex, Hydrocodon, and Somas in the past.

CINDY and CHRIS both stated they didn't see or know if JOHNNY had taken any pills the night he was arrested.

The interview was concluded at 4:50PM.

FILE NUMBER: CID-A-03539-09   EXHIBIT D-2   CRIME: DEATH INVESTIGATION