## AFFIDAVIT OF BRUCE PENNINGTON

Bruce Pennington, having been sworn, states:

My name is Bruce Pennington. Currently, I am the elected Sheriff of Saline County, Arkansas. However, I was not the elected Sheriff on December 18, 2008, the day on which Johnny Dale Thompson died. I was a deputy in the patrol division. I have absolutely no first-hand knowledge of the events leading up to Thompson's death, the events surrounding his death, or the immediate aftermath. I was not interviewed by Special Agent Fontenot because I had no information surrounding the death of Thompson.

Since that time, I have had occasion to review in detail the investigative reports and notes of Special Agent Shannon M. Fontenot, and I have also talked to the other Defendants in this case. I am familiar with the doctrine of deliberate indifference in civil rights litigation. I have been to schools and seminars regarding that issue. From my review of this matter, it is my firm opinion that no one on the staff of the Saline County Detention Facility committed any act of deliberate indifference on December 18, 2008. No act or omission of any member of the staff was the cause of Johnny Dale Thompson's death. From a reading of the autopsy report, together with the statement of Cindy and Christopher Scott, it is apparent that Thompson overdosed on medication, and that was the direct and proximate cause of his death. The medical examiner ruled that it was accidental, and I concur with the medical examiner's opinion.

EXHIBIT E

I also take note of the fact that Thompson told jailer Ulenzen King that he had taken Dilantin, but no Dilantin was found in his system when his body was autopsied. I concur with the medical examiner that Thompson might have taken other drugs thinking that he was taking Dilantin. This is a logical explanation.

Executed on this 23rd day of April, 2012.

_____
BRUCE PENNINGTON

STATE OF ARKANSAS  )
                   )SS.
COUNTY OF SALINE   )

Subscribed and sworn to before me, a Notary Public, on this 23rd day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

_____
NOTARY PUBLIC

2