## AFFIDAVIT OF HUGH GENTRY

Hugh Gentry, having been sworn, states:

My name is Hugh Gentry, and at the time of the death of Johnny Dale Thompson, I was Jail Administrator at the Saline County Detention Facility. I have read the affidavits of all of the other Defendants, and have nothing to add.

As Jail Administrator, I was charged with teaching and instructing subordinates on what constitutes deliberate indifference. I have reviewed the investigative file of Special Agent Shannon M. Fontenot, and I have discussed the matter with the other Defendants. In my opinion, no one on the staff of the Saline County Detention Facility committed an act of deliberate indifference, nor did anything done or not done by a member of the staff cause the death of Johnny Dale Thompson.

Executed on this 22nd day of April, 2012.

_____
HUGH GENTRY

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF SALINE    )

Subscribed and sworn to before me, a Notary Public, on this 22nd day of April, 2012.

_____
NOTARY PUBLIC

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

EXHIBIT F