## AFFIDAVIT OF TAMMY PENDERGRASS

Tammy Pendergrass, having been sworn, states:

My name is Tammy Pendergrass. On December 18, 2008, I was a corporal, working for the Saline County Sheriff's Department. I was asked by my supervisors to prepare a report giving any information I had on the death of Johnny Dale Thompson. I prepared such a report and it is attached hereto as Exhibit G-1 and incorporated herein as if set out word for word.

Executed on this 20th day of April, 2012.

*Tammy Pendergrass*
TAMMY PENDERGRASS

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF SALINE    )

Subscribed and sworn to before me, a Notary Public, on this 20th day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

*Rhonda B Malone*
NOTARY PUBLIC

EXHIBIT G

## SALINE COUNTY SHERIFF'S DEPARTMENT
## OFFICER'S REPORT FORM

To: Lt.Gentry, Sgt.Reed, Sgt. Pennington          Incident #: 8-13835

From: Cpl. Tammy Pendergrass

Date: December 18,2008

**Subject: Death of Johnny Thompson**

On the day of Thursday December 18,2008 at approximately 1945 Johnny Thompson was being booked into the facility on outstanding warrants for Bauxite and Saline county. Due to other duties that I was attending, I was not made aware of any problems that Mr. Thompson was having at the time.

At approximately 2045 I was in the AFIS room fingerprinting a female and Officer Turner from Bauxite came to serve the warrant to Mr. Thompson. At that time Officer King and Officer Turner tried to wake Mr. Thompson up. When there wasn't a response, Officer King then informed me of the problem. He stated that Johnny Thompson was unresponsive and didn't appear to be breathing. I advised Officer King that we needed to check for a pulse and came out of the AFIS room to do so. Sgt. Bush, Deputy Hall, and Deputy Furr were also in the intake area and at that time I was advised that Sgt.Bush said he definitely was not breathing. As I entered the intake cell # 1 where Mr. Thompson was, I was told by

EXHIBIT G-1

Deputy Hall to close the cell door and treat is as a crime scene. At approximately 2105, I then advised Officer J Lobbs to call 911 for assistance. Sgt Bush advised me that he had contacted CID and that Detective Robertson would arrive shortly.

During the wait, Officer King told me that Mr. Thompson had admitted to taking some Dilanton pills before the arrest but he could tell how many.

Emergency unit arrived at approximately 2115 and began to do CPR on Mr. Thompson. Emergency personnel transported Mr. Thompson to Saline Memorial Hospital at approximately 2125. Detective Robertson also arrived at approximately 2125 and began his investigation of the scene and the witnesses.

Cpl Tammy Pendergrass #826

*Cpl. T. Pendergrass #826*