## AFFIDAVIT OF MIKE FROST

Mike Frost, having been sworn, states:

My name is Mike Frost, and I am a lieutenant with the Saline County Sheriff's Office. I head the Criminal Investigation Division. I do not have any supervisory responsibilities at the Saline County Detention Facility, which is a separate division of the Sheriff's Office. I have no first-hand knowledge regarding the death of Johnny Dale Thompson on December 18, 2008, and in fact, was not even on duty that evening. I should not be a Defendant in this case.

I was the contact for the Sheriff's Office with Special Agent Shannon M. Fontenot, who was assigned by her superiors at the Arkansas State Police to investigate the death of Thompson.

I am very familiar with the doctrine of deliberate indifference as it applies to law enforcement in general, and jails and prisons in particular. I have attended schools and seminars, and have led investigations regarding deliberate indifference allegations. After having reviewed and analyzed Special Agent Fontenot's files and notes, it is my opinion that no one on the staff of the Saline County Detention Facility engaged in deliberate indifference, nor did their conduct constitute the cause of Thompson's death. Special Agent Fontenot's Summary of Investigation is attached hereto as Exhibit H-1.

The only person who had significant contact with Thompson was Ulenzen King, the jailer who booked him in. A review of the booking memoranda reflects that Thompson was able to

EXHIBIT H

communicate with King, although King reports in his statement that he was intoxicated.

Executed on this 20th day of April, 2012.

_____
MIKE FROST


STATE OF ARKANSAS )
                  )SS.
COUNTY OF SALINE  )

Subscribed and sworn to before me, a Notary Public, on this 20th day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

_____
NOTARY PUBLIC

2

# ARKANSAS STATE POLICE

ASP-3
(Rev. 09/00)

## Criminal Investigation Division
## Case Form

Date: JUNE 10, 2009
Dictated by: S/A SHANNON M. FONTENOT #51
Date Typed: JUNE 10, 2009 **Proofed SW**
Copies to: SHANNON FONTENOT

### SUMMARY OF INVESTIGATION

On December 19, 2008, I was contacted by Sergeant MORSTINE WILOUGHBY regarding the death of an inmate in the Saline County Jail. I was to make contact with Lieutenant MIKE FROST with the Saline County Sheriff's Office.

Upon making contact with FROST I learned that JOHNNY THOMPSON, JR. had died after being arrested for outstanding warrants. He was arrested due to a traffic stop on a vehicle in which he was a passenger. He was then arrested by Deputy STEVEN FURR. FURR transported THOMPSON, arriving at the jail at approximately 6:59PM. After being booked in and placed in a cell THOMPSON was found unresponsive and not breathing at approximately 9:09PM when a jailer and Bauxite officer went into his cell to serve a warrant on him.

THOMPSON was then transported to the Saline Memorial Hospital and was pronounced dead on arrival by the emergency room staff.

On December 19, 2008, I interviewed CHRIS and CINDY SCOTT. CINDY stated her and CHRIS were the parents of JOHNNY THOMPSON'S deceased wife BRANDY THOMPSON. She stated BRANDY and JOHNNY used to get high on pills whenever BRANDY and JOHNNY used to live with them. CHRIS stated he used to have to hide his medications because he thought JOHNNY was taking them. CINDY stated she knew JOHNNY had gotten high on some pills earlier in the week. She stated JOHNNY told her the pills made him feel normal. I asked her what type of pills did he take and she stated Xanex. She stated JOHNNY was "messed up" on the pills on Wednesday December 17th. CHRIS stated that JOHNNY had abused different types of prescription medications such as Xanex, Hydrocodon, and Somas in the past. CINDY and CHRIS both stated they didn't see or know if JOHNNY had taken any pills the night he was arrested.

I also interviewed the arresting officer, STEPHEN FURR, and the booking jailer, ULENZEN KING, respectively. Both described THOMPSON as being sleepy and slurring his speech.

On December 30, 2008, I interviewed nine inmates that were present at the jail during the time THOMPSON was brought in and/or during the booking by KING. All stated THOMPSON'S behavior as swaying, falling asleep, messed up, or drunk.

On January 5, 2009, I interviewed Sergeant ED BUSH. BUSH was the patrol supervisor on

FILE NUMBER: CID-A-03539-08                    CRIME: DEATH INVESTIGATION

EXHIBIT H-1

duty the night THOMPSON was found dead in his cell. BUSH stated he was in the radio room of the Saline County Jail when he saw Deputy JAMES HALL enter THOMPSON'S cell. He then stated HALL came out of the cell and said, "I think he's dead". BUSH then stated he went into THOMPSON'S cell and observed THOMPSON lying down with his head on his right arm. BUSH stated he touched THOMPSON'S right arm and that it was almost cold to the touch. BUSH stated he thought THOMPSON was asleep when he first saw him. He then stated he checked for a pulse and for breathing but couldn't account for any vital signs. BUSH stated he then instructed the radio room to call an ambulance.

On June 10, 2009, I received the conclusions of the Medical Examiner's autopsy of JOHNNY THOMPSON. A copy of the conclusions will be attached and made a part of this file.

The Medical Examiner's document states Cause of Death as: Multiple Drug Intoxication. The document also states the Manner of Death as: Accidental.

FILE NUMBER: CID-A-03539-08                                CRIME: DEATH INVESTIGATION