## AFFIDAVIT OF ED BUSH

Ed Bush, having been sworn, states:

My name is Ed Bush. On December 18, 2008, I was a sergeant, working for the Saline County Sheriff's Department. I was asked by my supervisors to prepare a report giving any information I had on the death of Johnny Dale Thompson. I prepared such a report and it is attached hereto as Exhibit I-1 and incorporated herein as if set out word for word.

Executed on this 19th day of April, 2012.

_____
ED BUSH

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF SALINE    )

Subscribed and sworn to before me, a Notary Public, on this 19th day of April, 2012.


RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

_____
NOTARY PUBLIC

EXHIBIT __I__

# Saline County Sheriff's Dept
## Officer's Report

Incident #: 8-13835                              Date: 12/18/08

Subject: Information Report

At approximately 2055 hours I was in the detention facility on a routine check when I observed Deputy Hall enter holding cell 1 to get a prisoner out for Bauxite PD to serve a warrant. Deputy Hall immediately came out of the cell advising he thought the prisoner was dead. I entered the cell with Deputy Hall and observed the prisoner (Johnny Thompson) lying on his right side with his right arm extended from under his head/face. Mr. Thompson appeared to be asleep. He was lying on the elevated concrete bunk of the cell. Deputy Hall and I tried to wake the subject and when he would not respond we rolled him onto his back to check for a pulse and attempt a sternum rub. At that time I noticed that Mr. Thompson's right arm was very cool to the touch, his face and neck were a bright red color, and he showed no signs of respiration. Deputy Hall attempted to obtain a pulse but was unable. I exited the holding cell and advised jail personnel to call an ambulance. Ambulance personnel arrived and took charge of the subject, eventually transporting him to Saline Memorial Hospital. After the ambulance was called I notified Detective Robertson of CID, who arrived to take charge of the incident.

Sgt Ed Bush 624
*[signature]*
624

EXHIBIT I-1