## AFFIDAVIT OF STEPHEN FURR

Stephen Drew Furr, having been sworn, states:

My name is Stephen Drew Furr. On December 18, 2008, I was a patrol deputy, working for the Saline County Sheriff's Department. I was asked by my supervisors to prepare a report giving any information I had on the death of Johnny Dale Thompson. I prepared such a report and it is attached hereto as Exhibit J-1 and incorporated herein as if set out word for word.

Executed on this 20th day of April, 2012.

_____
STEPHEN DREW FURR

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF SALINE    )

Subscribed and sworn to before me, a Notary Public, on this 20th day of April, 2012.



_____
NOTARY PUBLIC

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

EXHIBIT J

**SALINE COUNTY SHERIFF'S DEPARTMENT**
Officers Report

To: Det. Gary Robertson

Re: Johnny Thompson Death

On this date at approximately 1820 hours I made a traffic stop on a red Chevy S-10 Pickup at the first house on the right on Mulberry-Salem Rd for not having any working tail lights. After checking the all occupants in the vehicle for warrants, I learned that the back passenger (Thompson) showed to have two warrants; one out of Sherwood Pd and one out of our dept. After having Mr. Thompson step out of the vehicle, Deputy James Hall searched the subject and placed him in handcuffs. The subject was then placed immediately in the back seat of my patrol unit. During the search miscellaneous items were found on his person including an empty bottle of Xanax that belonged to Mr. Thompson. At approximately 1837 hours I checked en route to the jail and arrived at approximately 1850 hours. Once I arrived I had to wake the subject up but no effort was required in doing so and he complied with all my demands. Inside the jail the subject appeared to be slurring slightly so I asked him if he had taken some of his meds earlier and he said "yes". I completed my paperwork and left the jail without further incident.

Deputy Drew Furr # 632

EXHIBIT J-1