## AFFIDAVIT OF JAMES HALL

James Hall, having been sworn, states:

My name is James Hall. On December 18, 2008, I was a patrol deputy, working for the Saline County Sheriff's Department. I was asked by my supervisors to prepare a report giving any information I had on the death of Johnny Dale Thompson. I prepared such a report and it is attached hereto as Exhibit K-1 and incorporated herein as if set out word for word.

Executed on this 24 day of April, 2012.

_____
JAMES HALL

STATE OF ARKANSAS   )
                    )SS.
COUNTY OF SALINE    )

Subscribed and sworn to before me, a Notary Public, on this 24th day of April, 2012.

RHONDA B. MALONE
Saline County
My Commission Expires
October 4, 2012

_____
NOTARY PUBLIC

EXHIBIT K

# Saline County Sheriff's Department
## Officer's Report

Incident #: 08-13835       Date: 12/18/08

Subject: Information Report

Dep. James Hall #636
    Patrol Deputy

    At approximately 2055 hrs, I was in the jail booking a subject in for DWI. I heard Detention Officer King and a Bauxite Police Officer trying to wake a subject who was sleeping on his right side on the concrete jail bunk to serve a warrant. Officer King stated that the individual (Johnny Thompson) looked pale, so I entered Cell 1 to see if everything was alright. Upon observation of the subject, I noticed that his face was pale and starting to take on a reddish-purple color. I had Officer King get me a latex glove and I went to check the subjects pulse. At that time Sgt. Bush entered the cell and we rolled the subject on his back to administer a sternum rub. As we rolled him over, we noticed no signs of respiration and that his skin was cool to the touch. I then exited the cell with Sgt. Bush while Sgt. Bush had jail staff call an ambulance. The situation was turned over to Med-Trans upon their arrival.

Dep. James Hall
*[signature]* 636

EXHIBIT K-1