IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELAINE THOMPSON, INDIVIDUALLY AND                                    PLAINTIFF
AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF JOHNNY DALE THOMPSON, JR., DECEASED

V.                         NO. 4:11-CV-0379BSM

SALINE COUNTY SHERIFF PHIL MASK, INDIVIDUALLY AND
AS FORMER SHERIFF OF SALINE COUNTY, ARKANSAS;
SHERIFF BRUCE PENNINGTON, INDIVIDUALLY AND
AS SUCCESSOR AND CURRENT SHERIFF OF SALINE COUNTY, ARKANSAS;
HUGH GENTRY, INDIVIDUALLY AND AS JAIL ADMINISTRATOR
FOR ADULT DETENTION FOR SALINE COUNTY, ARKANSAS;
RAY PENNINGTON, INDIVIDUALLY AND AS SUCCESSOR
JAIL ADMINISTRATOR FOR ADULT DETENTION FOR
SALINE COUNTY, ARKANSAS;
TAMMY PENDERGRASS, INDIVIDUALLY AND AS CORPORAL FOR THE
SALINE COUNTY SHERIFF'S DEPARTMENT;
MIKE FROST, INDIVIDUALLY AND AS A LIEUTENANT FOR SALINE
COUNTY SHERIFF'S DEPARTMENT;
ED BUSH, INDIVIDUALLY AND AS SERGEANT FOR SALINE COUNTY
SHERIFF'S DEPARTMENT;
MORSTINE WILLOUGHBY, INDIVIDUALLY AND AS A
SERGEANT OF THE SALINE COUNTY SHERIFF'S DEPARTMENT;
ULENZEN C. KING, INDIVIDUALLY AND AS A FORMER
OFFICER FOR THE SALINE COUNTY DETENTION CENTER;
STEPHEN FURR, INDIVIDUALLY AND AS AN DEPUTY OF THE
SALINE COUNTY SHERIFF'S DEPARTMENT;
JAMES HALL, INDIVIDUALLY AND AS AN DEPUTY OF THE SALINE
COUNTY SHERIFF'S DEPARTMENT; and
SALINE COUNTY ARKANSAS
d/b/a/ SALINE COUNTY DETENTION CENTER                                DEFENDANTS

**STATEMENT OF MATERIAL FACTS AS TO WHICH THERE
IS NO GENUINE ISSUE TO BE TRIED**

Come Defendants, in support of their motion for summary judgment, and for their Statement

of Material Facts as to Which There is No Genuine Issue to be Tried, state:

1. On December 18, 2008, Johnny Dale Thompson was a passenger in a vehicle which was

stopped by Sheriff's deputies, and it was discovered that a warrant for his arrest was pending out of Bauxite, Arkansas. *Affidavit of Stephen Drew Furr, Exhibit J-1*.

2. Thompson was transferred to the Saline County Detention Facility (SCDF), and slept in the patrol car, but was easily awakened upon arrival. *Id*.

3. When Thompson was booked into SCDF, he was intoxicated, but was able to give jailer Ulenzen King detailed information regarding his health issues. *Affidavit of Ulenzen King, Exhibit C-1*.

4. After booking, Thompson was placed in a cell at 7:42 p.m. *Id*.

5. At approximately 9:09 p.m., a Bauxite officer and King entered his cell so the Bauxite officer could serve the outstanding warrant. They found Thompson cool to the touch, not breathing, and non-responsive. *Affidavit of Ulenzen King, Exhibit C-1*; *Affidavit of James Hall, Exhibit K-1*; *Affidavit of Ed Bush, Exhibit I-1*.

6. An ambulance was called and Thompson's body was ultimately taken to Saline Memorial Hospital at 9:31 p.m. *Affidavit of Tammy Pendergrass, Exhibit G-1*.

7. According to the autopsy report, Thompson died from an ingestion of drugs, including Hydrocodone at a toxic level. *Autopsy report, Exhibit A, page 7*.

8. The medical examiner ruled Thompson's death as accidental. *Autopsy report, Exhibit A, page 8*.

9. The Plaintiff herself is unable to state any act of wrongdoing of any of the Defendants but does mention Mask, Pennington, and King. *Plaintiff's deposition (selected pages), Exhibit B*.

10. None of the Defendants engaged in deliberate indifference. *Affidavit of Phil Mask, Exhibit D-1; Affidavit of Bruce Pennington, Exhibit E-1; Affidavit of Hugh Gentry, Exhibit F-1; and*

*Affidavit of Mike Frost, Exhibit H-1*.

11. None of the Defendants violated Thompson's constitutional rights.

12. None of the Defendants engaged in conduct which a reasonable officer would recognize as a violation of Thompson's constitutional rights.

/s/ George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendants
Ellis Law Firm, P.A.
126 North Main Street, P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*

## CERTIFICATE OF SERVICE

I hereby certify that on the 24th day of April, 2012, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which shall send notification of such filing to all parties in interest.

/s/ George D. Ellis
GEORGE D. ELLIS