IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELAINE THOMPSON, INDIVIDUALLY AND                                    PLAINTIFFS
AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF JOHNNY DALE THOMPSON, JR., DECEASED

v.                          NO. 4:11-CV-0379BSM

SALINE COUNTY SHERIFF PHIL MASK, INDIVIDUALLY AND
AS FORMER SHERIFF OF SALINE COUNTY, ARKANSAS; et al        DEFENDANTS

## PLAINTIFF'S STATEMENT OF DISPUTED FACTS

1. On December 18, 2008, Johnny Dale Thompson was a passenger in a vehicle which was stopped by Sheriff's deputies, and it was discovered that a warrant for his arrest was pending out of Bauxite, Arkansas. *Affidavit of Stephen Drew Furr, Exhibit J-1*.

**RESPONSE** 1. Plaintiff admits that on December 18, 2008, Johnny Dale Thompson was a passenger in a vehicle which was stopped by Sheriff's deputies, and it was discovered that a warrant for his arrest was pending out of Bauxite, Arkansas.

2. Thompson was transferred to the Saline County Detention Facility (SCDF), and slept in the patrol car, but was easily awakened upon arrival. *Id*.

**RESPONSE**: Admitted.

3. When Thompson was booked into SCDF, he was intoxicated, but was able to give jailer Ulenzen King detailed information regarding his health issues. *Affidavit of Ulenzen King, Exhibit C-1*.

**RESPONSE**: Denied, the Affidavit of Defendant King states that Plaintiff was too intoxicated to complete the questioning and sign the interview form.

4. After booking, Thompson was placed in a cell at 7:42 p.m. *Id*.

**RESPONSE**: Admitted.

5. At approximately 9:09 p.m., a Bauxite officer and King entered his cell so the Bauxite officer could serve the outstanding warrant. They found Thompson cool to the touch, not breathing, and non-responsive. *Affidavit of Ulenzen King, Exhibit C-1*; *Affidavit of James Hall, Exhibit K-1*; *Affidavit of Ed Bush, Exhibit I-1*.

**RESPONSE**: Admitted

6. An ambulance was called and Thompson's body was ultimately taken to Saline Memorial Hospital at 9:31 p.m. *Affidavit of Tammy Pendergrass, Exhibit G-1*.

**RESPONSE**: Admitted.

7. According to the autopsy report, Thompson died from an ingestion of drugs, including Hydrocodone at a toxic level. *Autopsy report, Exhibit A, page 7*.

**RESPONSE**: Admitted.

8. The medical examiner ruled Thompson's death as accidental. *Autopsy report, Exhibit A, page 8*.

**RESPONSE**: Admitted.

9. The Plaintiff herself is unable to state any act of wrongdoing of any of the Defendants but does mention Mask, Pennington, and King. *Plaintiff's deposition (selected pages), Exhibit B*.

**RESPONSE**: Admitted.

10. None of the Defendants engaged in deliberate indifference. *Affidavit of Phil Mask, Exhibit D-1; Affidavit of Bruce Pennington, Exhibit E-1; Affidavit of Hugh Gentry, Exhibit F-1; and Affidavit of Mike Frost, Exhibit H-1*.

**RESPONSE**: Denied, all Defendants were deliberately indifferent to Plaintiff's serious medical need or were culpable for having a custom, pattern, and continuing a systemic deliberate indifference in violation of Plaintiff's constitutional rights and resulting in his death.

11. None of the Defendants violated Thompson's constitutional rights.

**RESPONSE**: Denied, all Defendants were deliberately indifferent to Plaintiff's serious medical need or were culpable for having a custom, pattern, and continuing a systemic deliberate indifference in violation of Plaintiff's constitutional rights and resulting in his death.

12. None of the Defendants engaged in conduct which a reasonable officer would recognize as a violation of Thompson's constitutional rights.

**RESPONSE**: Denied, all Defendants were deliberately indifferent to Plaintiff's serious medical need or were culpable for having a custom, pattern, and continuing a systemic deliberate indifference in violation of Plaintiff's constitutional rights and resulting in his death.

Respectfully submitted,

        By: /s/Guy "Randy" Satterfield
           Guy "Randy" Satterfield, AR Bar 81140
           Attorney for Plaintiffs
           SATTERFIELD LAW FIRM, PLC
           P.O. Box 1010
           Little Rock, Arkansas 72203-1010
           Tele: (501) 376-0411, Fax: 374-2834
           Email: satterfieldlaw@comcast.net

### CERTIFICATE OF SERVICE

I hereby certify that I have delivered the above document to Mr. George D. "Bucky" Ellis, attorney for the defendants, on this 29th day of May, 2012, via the ECF electronic noticing system.

           Guy "Randy" Satterfield
           Guy "Randy" Satterfield