FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 07 2012

JAMES W. McCORMACK, CLERK
By: [signature]
DEP CLERK

Court Name: EASTERN DISTRICT OF ARKANSAS
Division: 4
Receipt Number: LIT036762
Cashier ID: sldavi
Transaction Date: 11/07/2012
Payer Name: GEORGE D ELLIS

---

NOTICE OF APPEAL/DOCKETING FEE
For: GEORGE D ELLIS
Case/Party: D-ARE-4-11-CV-000379-001
Amount: $455.00

---

CREDIT CARD
Amt Tendered: $455.00

---

Total Due: $455.00
Total Tendered: $455.00
Change Amt: $0.00

"Only when bank clears the check, money order, or verifies credit of funds is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check."