# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3450

_____

Elaine Thompson, Individually and as personal representative of the Estate of Johnny Dale Thompson, Jr., deceased

Plaintiff - Appellee

v.

Ulenzen C. King, Individually and as a Former Officer for the Saline County Detention Center; Stephen Furr, Individually and as a Deputy of the Saline County Sheriff's Department

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:11-cv-00379-BSM)

_____

## JUDGMENT

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is affirmed in part, reversed in part, and remanded to the district court for proceedings consistent with the opinion of this court.

September 20, 2013

Order Entered in Accordance with Opinion:
Clerk, U.S. Court of Appeals, Eighth Circuit.

_____
    /s/ Michael E. Gans

 12-3450 Elaine Thompson v. Ulenzen King, et al "judgment filed sua sponte affirmed/reversed/remanded" (4:11-cv-00379-BSM)
8cc-cmecf-nda
to:
09/20/2013 08:10 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 09/20/2013

| | |
|---|---|
| **Case Name:** | Elaine Thompson v. Ulenzen King, et al |
| **Case Number:** | 12-3450 |
| **Document(s):** | Document(s) |

**Docket Text:**
**JUDGMENT FILED -** The judgment of the originating court is AFFIRMED in part, REVERSED in part and REMANDED in accordance with the opinion. ROGER L. WOLLMAN, C. ARLEN BEAM and DIANA E. MURPHY Hrg Apr 2013 [4077645] [12-3450] (Susan Duenow)

**Notice will be electronically mailed to:**

Mr. George D. Ellis: gellisinbenton@swbell.net, rbmalone@hotmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Mr. Guy Randolph Satterfield: satterfieldlaw@comcast.net


The following document(s) are associated with this transaction:
**Document Description:** Judgment With Opinions
**Original Filename:** /opt/ACECF/live/forms/sduenow_123450_4077645_JudgmentsWithOpinions_258.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=09/20/2013] [FileNumber=4077645-0]
[6ef22b8aa929ee481c79f2a41a5a21f9b4a6e249538eb95acfdc4b2e88f6f178f99dfd25118c20dd77a007637c8b6dca28a99c2fff9e5fd403364c01da84f816]]
**Recipients:**

- Mr. George D. Ellis
- Mr. Jim McCormack, Clerk of Court
- Mr. Guy Randolph Satterfield

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4077645
**RELIEF(S) DOCKETED:**
  affirmed/reversed/remanded
**DOCKET PART(S) ADDED:** 4934476, 4934477, 4934478