# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 12-3450

Elaine Thompson, Individually and as personal representative of the Estate of Johnny Dale Thompson, Jr., deceased

Appellee

v.

Ulenzen C. King, Individually and as a Former Officer for the Saline County Detention Center and Stephen Furr, Individually and as a Deputy of the Saline County Sheriff's Department

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Little Rock
(4:11-cv-00379-BSM)
_____

## MANDATE

In accordance with the opinion and judgment of 09/20/2013, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

October 16, 2013

Clerk, U.S. Court of Appeals, Eighth Circuit



12-3450 Elaine Thompson v. Ulenzen King, et al "Mandate Issued" (4:11-cv-00379-BSM)
8cc-cmecf-nda
to:
10/16/2013 10:30 AM
Hide Details
From: 8cc-cmecf-nda@ck8.uscourts.gov
To:

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing.

### Eighth Circuit Court of Appeals

**Notice of Docket Activity**

The following transaction was filed on 10/16/2013

**Case Name:**     Elaine Thompson v. Ulenzen King, et al
**Case Number:**   12-3450
**Document(s):**   Document(s)

**Docket Text:**
MANDATE ISSUED. [4086009] [12-3450] (Melissa Rudolph)

**Notice will be electronically mailed to:**

Mr. George D. Ellis: gellisinbenton@swbell.net, rbmalone@hotmail.com
Mr. Jim McCormack, Clerk of Court: ared_appeals@ared.uscourts.gov
Honorable Brian S. Miller, U.S. District Judge: betty_m_tyree@ared.uscourts.gov, bsmchambers@ared.uscourts.gov
Mr. Guy Randolph Satterfield: satterfieldlaw@comcast.net


The following document(s) are associated with this transaction:
**Document Description:** Mandate
**Original Filename:** /opt/ACECF/live/forms/mrudolph_123450_4086009_MandateIssuedForms_386.pdf
**Electronic Document Stamp:**
[STAMP acecfStamp_ID=1105112566 [Date=10/16/2013] [FileNumber=4086009-0]
[2705c82faf94a1a5dc07a8e5d4fe8d259733ecb77cdd018f8ebb04f1ed695b36d9fb4c523444b50e6b4f595a737c87c95d3c31a40486bb22e9887a184bfef112]]
**Recipients:**

- Mr. George D. Ellis
- Mr. Jim McCormack, Clerk of Court
- Honorable Brian S. Miller, U.S. District Judge
- Mr. Guy Randolph Satterfield

The following information is for the use of court personnel:


**DOCKET ENTRY ID:** 4086009
**RELIEF(S) DOCKETED:**
**DOCKET PART(S) ADDED:** 4950368