IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELAINE THOMPSON, INDIVIDUALLY AND                                    PLAINTIFF
AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF JOHNNY DALE THOMPSON, JR., DECEASED

VS.                            NO. 4:11-CV-0379BSM

ULENZEN C. KING, INDIVIDUALLY AND AS A FORMER
OFFICER FOR THE SALINE COUNTY DETENTION CENTER          DEFENDANT

## STIPULATION OF FACTS NOT IN CONTROVERSY

The Plaintiff and Defendant do hereby stipulate that the following facts are true:

1. At all times, Ulenzen King was acting under color of law.

2. Johnny Dale Thompson's medical records may be admitted without formal authentication.

3. The Medical Examiner's Report may be admitted without formal authentication.

4. Johnny Dale Thompson's jail file may be admitted without formal authentication.

5. The photographs of the booking area accurately depict the area.

6. The distance from the inside edge of the booking counter to the area where the chair in which Johnny Dale Thompson was sitting is approximately 5 feet. The bench in cell #3 is 9 feet from the door. From the door of cell #3 to the middle of cell #1 is approximately 24 feet. The walls of the cells are constructed of 8-inch concrete block reinforced with steel and the doors are constructed of 2-inch thick steel.

7. The drawing of the booking area ("intake") (which also shows drunk and holding cells) accurately depicts the booking area. The relevant areas on the drawing are 008 intake, 012 hold,

014 hold, 015 drunk, 016 hold, and 017 drunk. 017 drunk is cell #1 and 015 drunk is cell #3.

8. After Johnny Dale Thompson was arrested, he was transported to the Saline County Detention Center by Officer Stephen Furr, and slept in the back seat of the patrol car. Upon arrival, he was easily awakened.

/s/ George D. Ellis
GEORGE D. ELLIS (Ark. Bar No. 72035)
Attorney for Defendant
Ellis Law Firm, P.A.
126 North Main Street, P.O. Box 2307
Benton, Arkansas 72018
(501) 315-1000 (telephone)
(501) 315-4222 (fax)
*gellisinbenton@swbell.net*


/s/Guy Randy Satterfield
GUY "RANDY"SATTERFIELD (Ark.Bar No. 81140)
SATTERFIELD LAW FIRM, PLC
Attorney for Plaintiff
P.O. Box 1010
Little Rock, Arkansas 72203-1010
(501) 376-0411 (telephone)
(501) 374-2834 (fax)
*satterfieldlaw@comcast.net*