IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELAINE THOMPSON, Individually and**                                              **PLAINTIFF**
**as personal representative of the ESTATE OF**
**JOHNNY DALE THOMPSON, JR., deceased**

**v.**                              **CASE NO. 4:11-cv-0379 BSM**

**ULENZEN C. KING, Individually and as**
**former officer for the Saline County Detention Center**           **DEFENDANT**

## ORDER

The motion in limine filed by defendant Ulenzen King [Doc. No. 51] is granted and/or denied as follows:

1.  Request to prohibit any statement that defendant was a policymaker or supervisor for the Saline County Sheriff's Office or for the Saline County Detention Center ("SCDC") is denied.

2.  Request to prohibit any statement that compensatory damages should be awarded to deter conduct on the part of personnel at the SCDC is granted.

3.  Request to prohibit any statement that any compensatory damages should be awarded to "send them a message" is denied.

4.  Request to prohibit any statement that at the time of Johnny Dale Thompson's death, there were "dangerous systemic deficiencies" at the SCDC is granted.

5.  Request to prohibit any statement that the sheriff and jail administrator failed to follow existing policies at the SCDC, or alternatively, if they did, that such failure is imputable to defendant is granted.

6. Request to prohibit any statement that injuries, damages or death of Johnny Thompson were brought about by conduct on part of supervisory personnel touching on failure to supervise or properly train (commonly referred to as *Monnell* allegations) is granted.

7. Request to prohibit any statement that defendant is in any way liable or responsible for decisions made by former defendants Stephen Furr and James Hall regarding the empty Xanax bottle that was allegedly found on the person of Johnny Dale Thompson at the time of the arrest is granted; however, any inquiry and argument about defendant's knowledge of and response to the empty Xanax bottle found on Thompson's person is denied because a ruling on this request cannot be made without hearing the trial evidence and the reasons for its introduction.

8. Request to prohibit any statement that defendant did not perform CPR when Johnny Dale Thompson was found nonresponsive in cell number 1 is denied.

9. Request to prohibit any statement Sgt. Ed Bush or any other member of the staff of the SCDC engaged in conduct that created liability on the part of defendant is granted.

10. Request to prohibit any statement that the staff of SCDC was untrained medically is denied.

11. Request to prohibit any statement that no member of the SCDC staff administered CPR is denied.

12. Request to prohibit any statement that the supervisory staff of the SCDC engaged in policies and customs creating an unconstitutional deprivation of Johnny Dale

Thompson's rights; or alternatively if such conduct was engaged in by supervisory staff, that such conduct is imputed to defendant is granted.

13. Request to prohibit any statement that conditions at the SCDC as of the date of death of Johnny Dale Thompson violated the Cruel and Unusual Punishments Clause of the Eighth Amendment or the Due Process Clause of the Fourteenth Amendment, or otherwise created a constitutional deprivation is denied.

14. Request to prohibit any statement that defendant is liable under any theory or claim of liability other than defendant's alleged deliberate indifference is denied.

15. Request to prohibit any statement that defendant was previously involved in another case in which he was a defendant, and in which he is alleged to have engaged in an unreasonable use of force against an inmate is granted, unless the door is opened.

16. Request to prohibit any statement that the cost of defense of this action is being borne, in whole or in part, by a person, firm, or entity other than defendant is granted.

17. Request to prohibit any statement that any verdict returned and judgment entered pursuant thereto will be satisfied, in whole or in part, by a person, firm, or entity other than defendant is granted.

IT IS SO ORDERED this 3rd day of January 2014.

_____
UNITED STATES DISTRICT JUDGE