IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF ARKANSAS

DATE: Monday, January 6, 2014

ELAINE THOMPSON                                    Judge Brian S. Miller
    Represented by Randolph Satterfield       Court Reporter: Cheryl Kellar
                                               Clerk: Betty Tyree

v.   Case No. 4:11CV00379 BSM

ULENZEN C. KING
    Represented by George Ellis

## CLERK'S MINUTES - JURY TRIAL

Court convene : 9:00 a.m.

    Pretrial Conference - preliminary matters discussed

    Plaintiff's exhibits 1 thru 12 received by stipulation

    Defendant's exhibits 1 thru 6 and 8 thru 20 received by stipulation.

| Time | Event |
|---|---|
| 9:39 a.m. | RECESS |
| 9:47 a.m. | RESUME in courtroom with prospective jurors |

        18 names called

9:55 a.m.    Voir Dire by court

### VOIR DIRE

| Time | Event |
|---|---|
| 10:44 a.m. | for plaintiff - Randolph Satterfield |
| 10:51 a.m. | for defendant - George Ellis |
| 10:57 a.m. | RECESS for 15 minutes or until 11:10 a.m. |
| 11:16 a.m. | RESUME |

        Twelve jurors seated

11:20 a.m.    Bench Conference

11:22 a.m.    Jurors sworn
11:26 a.m.    Preliminary instructions given by the court

## OPENING STATEMENTS

| | |
|---|---|
| 11:39 a.m. | For Plaintiff - Randolph Satterfield |
| 11:50 a.m. | For Defendant - George Ellis |

12:03 p.m.   RECESS until 1:10 p.m. for lunch
1:14 p.m.    RESUME

1:19 p.m.    Bench Conference

1:20 p.m.    Stipulation by parties read into the record.

## PLAINTIFF'S PROOF

1:25 p.m.
    1) Bobby Harrison - sworn
       Direct - Randolph Satterfield
       Px 3 played (DVD)

3:47 p.m.    RECESS for 15 minutes or until 4:00 p.m.
4:06 p.m.    RESUME

Bobby Harrison - testifying
4:06 p.m.    Cross - George Ellis
4:24 p.m.    Re-direct - Randolph Satterfield
witness steps down and is released

4:37 p.m.
    2) Elaine Thompson - sworn
       Direct - Randolph Satterfield
       No cross
witness steps down

4:47 p.m.    **PLAINTIFF REST**

4:49 p.m.    Jury in recess until 8:30 a.m. Tuesday, January 7, 2014.

4:51 p.m.    Defense oral motion for judgment as a matter of law with regards to wrongful death, pain and suffering and funeral expenses.

Defense oral motion for judgment as a matter of law with regards to liability.

Defense oral motion for judgment as a matter of law with regards to punitive damages.

5:00 p.m.    Response by plaintiff

        For reasons made from the bench, ruling stated on the record.

5:21 p.m.       RECESS until 8:30 a.m. Tuesday, January 7, 2014.

**JURY TRIAL (Day 2 & Final), Tuesday, January 7, 2014.**

                **COURT REPORTER - Cheryl Kellar**

8:48 a.m.       RESUME with jury

                Bench Conference

                **DEFENDANT'S PROOF**

                        1)       Ulenzen King - sworn
9:00 a.m.                   Direct - George Ellis
9:31 a.m.                   Cross - Randolph Satterfield
10:15 a.m.                Re-direct - George Ellis
                    witness steps down

10:16 a.m.      RECESS until 10:30 a.m.
10:32 a.m.      RESUME

                        2)       Mike Richards - sworn
10:36 a.m.                Direct - George Ellis
10:44 a.m.                Cross - Randolph Satterfield
10:47 a.m.                Re-direct - George Ellis
                    witness steps down

10:49 a.m.      **DEFENDANT REST**

10:50 a.m.      Bench Conference

10:55 a.m.      Jury instructions given to the jury by the court

                **CLOSING ARGUMENTS**

11:07 a.m.      For Plaintiff - Randolph Satterfield
11:22 a.m.      For Defendant - George Ellis
11:41 a.m.      For Plaintiff - Randolph Satterfield

11:48 a.m.      Final closing instructions given to the jury

11:51 a.m.      CSO Jerry Simpson (sworn)

11:52 a.m.      Jury retire for deliberations

| | |
|---|---|
| 11:55 a.m. | RECESS |
| 12:50 p.m. | Jurors announced verdict had been reached |
| 1:21 p.m. | RESUME with jury |
| 1:23 p.m. | Verdict in favor of defendant Ulenzen King |
| 1:24 p.m. | Court thanked jurors for the time and they were released. |
| 1:26 p.m. | COURT ADJOURNED |