_AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

Elaine Thompson
v.
Wenzen C. King

**EXHIBIT LIST**

Case Number: 4:11 CV-379 BSM

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | | |
| TRIAL DATE(S) | COURT REPORTER | COURTROOM DEPUTY |
| | Judy Ammons | Betty Tyree |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 1/6 | 1/6 | 1/6 | Photographs of deceased's children |
| 2 | | ✓ | | | Saline Co. Jail Booking and Medical Sheets |
| 3 | | ✓ | ✓ | ✓ | Jail Video |
| 4 | | 1/6 | ✓ | ✓ | ~~Affidavit~~ Affidavit of Bobby Harrison |
| 5 | | ✓ | ✓ | ✓ | Johnny Thompson's Prescriptions |
| 6 | | ✓ | ✓ | ✓ | EMT/Paramedic Report |
| 7 | | ✓ | ✓ | ✓ | Medical Examiner Report |
| 8 | | 1/6 | ✓ | ✓ | Statements Made by Defendant (Hand-Written) |
| 9 | | ✓ | ✓ | ✓ | Typed Statement by Defendant (1 page) |
| 10 | | ✓ | ✓ | ✓ | Typed Statment by Defendant (2 pages) |
| 11 | | 1/6 | ✓ | ✓ | Personal Property Receipt for Property & Pill Bottle |
| 12 | | 1/6 | ✓ | ✓ | Receipt for Pill Bottle |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

ELAINE THOMPSON, personal representative of the
Estate of Johnny Dale Thompson, Jr.; Deceased

V.

ULENZEN C. KING

## WITNESS LIST
FOR THE PLAINTIFF

Case Number: 4:11 CV-379 BSM

| PRESIDING JUDGE | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|
| Brian S. Miller | | Guy "Randy" Satterfield | George "Bucky" Ellis |
| TRIAL DATE(S) January 6-8, 2014 | | COURT REPORTER | COURTROOM DEPUTY |
| | | Judy Ammons | Betty Tyree |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| ② 1 | | 1/6 | | | ELAINE THOMPSON |
| ① 2 | | 1/6 | | | BOBBY HARRISON |
| 3 | | | | | ULENZEN KING |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of ___1___ Pages