# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF ARKANSAS

ELAINE THOMPSON

V.

ULENZEN C. KING

## EXHIBIT LIST

Case Number: 4:11cv379

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Guy Randy Satterfield | George D. Ellis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 6-8, 2014 | Judy Ammons | Betty Tyree |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|  | 1 | 1/6 | 1/6 | 1/6 | Incident Report of Ulenzen King |
|  | 2 | ✓ |  |  | Handwritten statement of Ulenzen King |
|  | 3 | ✓ |  |  | Camera 3 time line |
|  | 4 | ✓ |  |  | Booking sheet and booking medical sheet |
|  | 5 | ✓ |  |  | Medical Examiner's Report |
|  | 6 | ✓ |  |  | Summary of State Police investigation |
|  | 7 |  |  |  | Judgment and Commitment Order, Harrison |
|  | 8 | 1/6 |  |  | Schematic drawing of booking area |
|  | 9 | ✓ |  |  | Photograph of booking room |
|  | 10 | ✓ |  |  | Photograph of booking room |
|  | 11 | ✓ |  |  | Photograph of cell #1 and booking counter |
|  | 12 | ✓ |  |  | Photograph of King's view of cell #1 |
|  | 13 | ✓ |  |  | Photograph of King's view of cell #3 |
|  | 14 | 1/6 |  |  | Photograph of King's view of cells #1 and #3 |
|  | 15 | ✓ |  |  | Photograph of interior of cell #1 |
|  | 16 | ✓ |  |  | Photograph of interior of cell #1 |
|  | 17 | ✓ |  |  | Photograph of interior of cell #3 (showing bench) |
|  | 18 | ✓ |  |  | Photograph of closeup of edge of 2" thick steel door, cell #3 |
|  | 19 | ✓ |  |  | Photograph of 8" concrete wall, cell #3 |
|  | 20 | ✓ | ✓ | ✓ | DVD of booking room activity, Mr. Thompson |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

__EASTERN__ DISTRICT OF __ARKANSAS__

ELAINE THOMPSON
V.
ULENZEN KING

## WITNESS LIST

Case Number: 4:11cv379

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Brian S. Miller | Guy Randy Satterfield | George D. Ellis |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| January 6-8, 2014 | Judy Ammons | Betty Tyree |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| | 1 | 1/7 | | | Ulenzen King |
| | 2 | | | | Micheal Turner |
| | 3 | | | | Phillip Bentley (or someone else to establish measurements in booking room) |
| | 2 | 1/7 | | | Mike Richards |
| | | | | | |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages