U.S. DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
FILED

JAN - 7 2014

IN OPEN COURT
JAMES W. McCORMACK, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ELAINE THOMPSON, INDIVIDUALLY AND                                    PLAINTIFF
AS PERSONAL REPRESENTATIVE OF THE ESTATE
OF JOHNNY DALE THOMPSON, JR., DECEASED

VS.                           NO. 4:11-CV-0379BSM

ULENZEN C. KING, INDIVIDUALLY                                        DEFENDANT

## VERDICT

We, the jury, find in favor of Defendant Ulenzen C. King on the Complaint of Plaintiff Elaine Thompson, Individually and as Personal Representative of the Estate of Johnny Dale Thompson, Jr., deceased.

_Jennifer Pennington_
FOREPERSON

Date  1-7-14