IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Elaine Thompson											PLAINTIFF

v.						No. 4:11cv379

Ulenzen C. King											DEFENDANT

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the ____ hearing or ✓ trial in this case on __January 6 - 7, 2014__, were returned to me as counsel for
(Date(s))

__Elaine Thomposn__.
(Party Name)

Exhibits: __1 thru 12__

_____
(Attorney Signature)

Date: __1-7-14__

cc:   Counsel of Record
      File