IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

Elaine Thompson                                                    **PLAINTIFF**

v.                                  No.  4:11cv379

Ulenzen C. King                                                    **DEFENDANT**

## RECEIPT FOR EXHIBITS

I hereby acknowledge that the following exhibits introduced during the     hearing or

✓ trial in this case on January 6 - 7, 2014 _____, were returned to me as counsel for

*(Date(s))*

Ulenzen C. King _____.

*(Party Name)*

Exhibits: 1 thru 6 and 8 thru 20 _____

_____

_____

_____

_____

_____

*(Attorney Signature)*

Date: _____

cc:    Counsel of Record
       File