IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

**ELAINE THOMPSON, individually**     **PLAINTIFF**
**and as personal representative of the**
**estate of Johnny Dale Thompson, Jr.**

v.     CASE NO. 4:11CV00379 BSM

**ULENZEN C. KING**     **DEFENDANT**

## JUDGMENT

Pursuant to the jury verdict returned on January 7, 2014, following two days of trial, in favor of defendant Ulenzen C. King and against plaintiff Elaine Thompson, individually and as personal representative of the estate of Johnny Dale Thompson, Jr.;

IT IS ORDERED, ADJUDGED AND DECREED that judgment is rendered for defendant Ulenzen C. King on all of plaintiff's claims and that all claims herein are dismissed with prejudice.

IT IS SO ORDERED this 8th day of January 2014.

*/s/ Brian S. Miller*
UNITED STATES DISTRICT JUDGE